[L. A. No. 3029.   Department Two.—March 2, 1912.]

## SARAH J. TEDFORD, Appellant, v. LESLIE F. GAY et al., Respondents.

Judgment and order affirmed on the authority of *Tedford* v. *Eichler, ante,* p. 214, [121 Pac. 730].

APPEAL from a judgment of the Superior Court of Los Angeles County and from an order refusing a new trial. W. R. Hervey, Judge.

The facts are similar to those stated in the opinion in *Tedford* v. *Eichler, ante,* p. 214, [121 Pac. 730].

G. L. Whitham, for Appellant.

Gibson, Dunn & Crutcher, Hammack & Hammack, E. T. Sherer, and Joseph Smith, for Respondents.

THE COURT.—The above entitled cause presents the same propositions considered in *Tedford* v. *Eichler* (L. A. No. 2772), *ante,* p. 214, [121 Pac. 730], and was submitted with the last mentioned case for decision. For the reasons there given the judgment and order appealed from are affirmed.

Hearing in Bank denied.